*Chief Judge Hogan*

AO 243 (Rev. 2/95)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District D.C. Circuit | | |
|---|---|---|---|
| Name of Movant: Nathaniel L. Thomas | Prisoner No. 27504-016 | | Case No. 01cr00410-01 |
| Place of Confinement: F.C.C. Petersburg P.O. Box 90043, Petersburg, VA 23804 | | | |

UNITED STATES OF AMERICA   V.   Nathaniel L. Thomas
(name under which convicted)

### MOTION

1. Name and location of court which entered the judgment of conviction under attack  **United States District Court for the District of Columbia, Washington, D.C.**

2. Date of judgment of conviction  **July 8, 2004**

3. Length of sentence  **51-months**

4. Nature of offense involved (all counts)  **One Count of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year in violation of Title 18 United States Code, section 922(g)(1**

CASE NUMBER  1:06CV01304
JUDGE: Thomas F. Hogan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 07/24/2006

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
**Entered plea to the one count indictment**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

RECEIVED
JUL 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(2)